**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**KYLE NELSON,**

**Plaintiff,**

**v.**

**Civil Action 1:26-cv-815**
**Judge Jeffery P. Hopkins**
**Magistrate Judge Chelsey M. Vascura**

**OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on Plaintiff's Motion to Withdraw § 1983 Civil Rights Complaint (ECF No. 4). Therein, Plaintiff states that he has a related civil suit pending in the Ohio Court of Claims based on the same facts underlying this action. Plaintiff seeks withdrawal of his Complaint in this Court without prejudice. (*Id.*)

The Court construes Plaintiff's Motion as a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). For good cause shown, Plaintiff's Motion (ECF No. 4) is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) as moot and close this case.

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE